# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

ROXANNA MARTIN AANENSON )
)
      Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:16-CV-661-FL
)
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
)
      Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 26, 2017, and for the reasons set forth more specifically therein, that defendant's motion is granted and this matter is dismissed.

**This Judgment Filed and Entered on September 26, 2017, and Copies To:**

Kristin Gordon (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (CM/ECF Notice of Electronic Filing)


September 26, 2017                           PETER A. MOORE, JR., CLERK
                                                       /s/ Sandra K. Collins
                                                       (By) Sandra K. Collins, Deputy Clerk